AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-1278-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mylan Pharmaceuticals Inc.__
was received by me on *(date)* __10/7/14__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Paul Mathews__, who is designated by law to accept service of process on behalf of *(name of organization)* __Mylan Pharmaceuticals Inc. c/o Corporation Service Company__ on *(date)* __10/7/14__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/8/14__

_____
Server's signature

__Scott Roberts - Process Server__
Printed name and title

__230 N. Market St.__
__Wilmington, DE 19801__
Server's address

Additional information regarding attempted service, etc: